# EXHIBIT B

Dell's LVM Dynamic Resizing Products, Systems and/or Services include, without limitation, for example, the following products:

PowerEdge 2970

PowerEdge C1100

PowerEdge C2100

PowerEdge C5125

PowerEdge C5220

PowerEdge C6100

PowerEdge C6105

PowerEdge C6145

PowerEdge C6220

PowerEdge C8220

PowerEdge C8220X

PowerEdge M420

PowerEdge M520

PowerEdge M600

PowerEdge M610

PowerEdge M610x

PowerEdge M620

PowerEdge M710HD

PowerEdge M820

PowerEdge M910

PowerEdge M915

PowerEdge R210

PowerEdge R210 II

PowerEdge R310

PowerEdge R320

PowerEdge R410

PowerEdge R415

PowerEdge R420

PowerEdge R510

PowerEdge R515

PowerEdge R520

PowerEdge R610

PowerEdge R620

PowerEdge R710

PowerEdge R715

PowerEdge R720

PowerEdge R720xd

PowerEdge R810

PowerEdge R815

PowerEdge R820

PowerEdge R910

PowerEdge SC1435

PowerEdge T110

PowerEdge T110 II

PowerEdge T300

PowerEdge T310

PowerEdge T320

PowerEdge T410

PowerEdge T420

PowerEdge T610

PowerEdge T620

Exhibit B -3-