IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEQUOIA TECHNOLOGY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1127 (LPS) (CJB) |
| | ) |
| DELL, INC., DELL TECHNOLOGIES, | ) |
| INC. and its subsidiary EMC | ) |
| CORPORATION (a/k/a DELL EMC), | ) |
| | ) |
| Defendants. | ) |

**<u>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME</u>**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendants Dell, Inc. and Dell Technologies, Inc. to move, answer, or otherwise respond to the Complaint is extended until October 17, 2018.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| _____ | _____ |
| Stephen B. Brauerman (#4952) | Jack B. Blumenfeld (#1014) |
| 600 North King Street, Suite 400 | Jeremy A. Tigan (#5239) |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 655-5000 | P.O. Box 1347 |
| sbrauerman@bayardlaw.com | Wilmington, DE 19899-1347 |
| | (302) 658-9200 |
| *Attorneys for Plaintiff* | jblumenfeld@mnat.com |
| | jtigan@mnat.com |
| | |
| | *Attorneys for Defendants Dell, Inc. and* |
| | *Dell Technologies, Inc.* |

SO ORDERED this _____ day of September, 2018.

_____
United States Magistrate Judge