

| | |
|---|---|
| 600 N. King Street • Suite 400 | Writer's Direct Access: |
| P.O. Box 25130 • Wilmington, DE 19899 | (302) 429-4232 |
| Zip Code For Deliveries 19801 | Email: sbrauerman@bayardlaw.com |

September 22, 2020

**<u>ELECTRONICALLY FILED – PUBLIC VERSION</u>**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

      Re:  *Sequoia Technology, LLC v. Dell, Inc, et al.*, C.A. Nos. 1:18-cv-01127-LPS-CJB; 1:18-cv-01128-LPS-CJB; 1:18-cv-01129-LPS-CJB; 1:18-cv-0307-LPS-CJB; and *Red Hat, Inc. v. Sequoia*, C.A. No. 18-2027-LPS-CJB

Dear Magistrate Judge Burke:

    On September 2, 2020, Plaintiff Sequoia Technology, LLC filed its Letter Brief In Opposition To Red Hat's Discovery Disputes. (D.I. 209) It has come to Plaintiff's attention that Exhibit R to Plaintiff's Letter Brief omitted a few minor citations. As such, Plaintiff respectfully resubmits a corrected version of Exhibit R under seal for the Court's consideration.

    Should Your Honor have any questions, please do not hesitate to contact me.

                                  Respectfully submitted,

                                  */s/ Stephen B. Brauerman*

                                  Stephen B. Brauerman (#4952)

Attachments
cc: All Counsel of Record (via CM/ECF e-filing; w/ attachments)

