IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEQUOIA TECHNOLOGY, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-1127 (LPS) (CJB) |
| | ) (CONSOLIDATED) |
| DELL INC., DELL TECHNOLOGIES INC. and its subsidiary EMC CORPORATION (AKA DELL EMC), | ) ) ) ) |
| Defendants. | ) |
| RED HAT, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-2027 (LPS) (CJB) |
| SEQUOIA TECHNOLOGY, LLC and ELECTRONICS AND TELECOMMUNICATIONS RESEARCH INSTITUTE, | ) ) ) ) ) |
| Defendants. | ) |

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff Red Hat, Inc., Counter-claim Defendant International Business Machines Corp. ("IBM"), Defendants Sequoia Technologies LLC ("Sequoia") and Electronic Telecommunications Research Institute ("ETRI"), and the Initial Defendants (collectively, Dell Inc.; Dell Technologies Inc.; and its subsidiary EMC Corporation (a/k/a Dell EMC) (C.A. No. 18-1127); Hewlett Packard Enterprise Company (C.A. No. 18-1128); Hitachi Ltd. and Hitachi Vantara Corporation (C.A. No. 18-1129); and Super Micro Computer, Inc. (C.A. No. 18-1307) (all collectively, "the Parties") hereby jointly request that the Court enter a final judgment pursuant to Federal Rules of Civil Procedure 54 and 58 awarding judgment in favor of Red Hat and the Initial Defendants against

Sequoia's claims of infringement of U.S. Patent No. 6,718,436 ("the '436 Patent") and granting Red Hat declaratory judgment of invalidity as to Claims 8–10 of the '436 Patent.

The Parties provide herewith a Proposed Order granting this motion and a Proposed Final Judgment.  The Parties stipulate to the facts identified as stipulated-to in the Proposed Order.  As explained in the Proposed Order, the Parties agree that Sequoia cannot maintain its allegations of infringement of any claim or validity of Claims 8–10 under the claim constructions adopted in this Court's claim construction order.  Entry of final judgment now will allow the Parties and this Court to avoid spending further time and resources on a motion for summary judgment of non-infringement and invalidity, and on other aspects of litigation, and instead allow Sequoia to promptly appeal the Court's claim construction order to the Federal Circuit. If the Federal Circuit affirms the Court's claim constructions and the judgment of non-infringement and invalidity of Claims 8–10, this would effectively resolve the dispute between the Parties.

Therefore, the Parties respectfully request the Court grant their joint motion for entry of final judgment and enter the accompanying Proposed Order and Proposed Judgment.

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |

Stephen B. Brauerman (#4952)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com

OF COUNSEL:

Nathaniel Dilger
Joseph Liu
ONE LLP
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
ndilger@onellp.com
jliu@onellp.com

John Lord
Jonathan Ballard
ONE LLP
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
jlord@onellp.com
jballard@onellp.com

*Attorneys for Sequoia Technology, LLC, and Electronics and Telecommunications Research Institute*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

OF COUNSEL:

Gregory S. Arovas, P.C.
Todd M. Friedman, P.C.
Christopher DeCoro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Edward C. Donovan, P.C.
Anders P. Fjellstedt
Abigail Lauer Litow
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(312) 389-5000

*Attorneys for Red Hat, Inc.; International Business Machines Corp.; Hewlett Packard Enterprise Company; Hitachi Ltd.; Hitachi Vantara Corp.; and Super Micro Computer, Inc.*

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    */s/ Jeremy A. Tigan*

                                    Jeremy A. Tigan (#5239)
                                    1201 North Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899
                                    (302) 658-9200
                                    jtigan@morrisnichols.com

                                    *Attorneys for Dell, Inc., Dell Technologies, Inc., and EMC Corporation*

August 11, 2021